```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
LAWRENCE JOHNSON,                    :
                                     :    08 Civ. 1124 (VM)
             Plaintiff,              :
                                     :
      -against-                      :         ORDER
                                     :
CITY OF NEW YORK, et al.,            :
                                     :
             Defendants.             :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge**.

By Order dated May 15, 2008 the Court noted that although the complaint herein was filed on February 4, 2008, no service of process had been made on any defendant and directed plaintiff herein to inform the Court by May 27, 2008 of the status of this matter and plaintiff's contemplation with the respect to further proceedings in this case. The Court warned that in the event no timely response to that Order was received, the Court may dismiss the action for lack of prosecution. The Court's public file for this case contains no record of a response to the May 27, 2008 Order, or that any such service has been made. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to dismiss the complaint herein and to close this case, provided that within ten (10) days of the date of this Order plaintiff may petition the Court, for good cause shown, to reinstate the action to the Court's active docket.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-27-08
```

**SO ORDERED.**

Dated:     New York, New York
           27 June 2008

_____
VICTOR MARRERO
U.S.D.J.